AO 245D (Rev. 09/08) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __ARKANSAS__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| LEATHA BURKS | Case Number: 6:10CR60038-001 |
| | USM Number: 09544-010 |
| | Lisa Peters |
| | Defendant's Attorney |

## THE DEFENDANT:

X admitted guilt to violation of conditions(s) __Standard Drug Condition and Special Condition #2__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Drug Condition | Tested Positive for Methamphetamine 04/11/2011; 05/06/2011; 06/17/2011; 6/27/2011, 07/15/2011 and 07/25/2011 | 07/25/2011 |
| Special Condition #2 | Failure to Comply with Drug Testing by Submitting Dilute Urine Sample on 07/06/2011; and Failure to Comply with Out-patient Substance Abuse Testing @ Dayspring Behavioral Health on 07/06/ and 08/2011 | 07/08/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-7158

Defendant's Date of Birth: XX/XX/1979

Defendant's Residence Address:

XXX XXXXXXX

Malvern, AR 72104

Defendant's Mailing Address:

March 30, 2012
Date of Imposition of Judgment

/S/ Robert T. Dawson
Signature of Judge

Honorable Robert T. Dawson, United States District Judge
Name and Title of Judge

March 30, 2012
Date

Judgment — Page  2  of  2

DEFENDANT: **LEATHA BURKS**
CASE NUMBER: 6:10CR60038-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :   one (1) day imprisonment (with credit for time served).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m.  ☐ p.m.  on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL